**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Skynet Corporation d/b/a
ZeroBrokerFees.com

      v.                              Civil No. 06-cv-218-JM

Arthur Slattery, et al.

**O R D E R**

In the court's order of March 31, 2008, page 29, line 9, the reference to Pl.'s M. for Summ. J., Ex. 9 should read Ex. 5 and is hereby so corrected.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: April 2, 2008

cc:   Valerie J. Bayham, Esq.
      Charles G. Douglas, Esq.
      James W. Kennedy, Esq.
      Steven M. Simpson, Esq.
      William H. Mellor, Esq.
      Jason R.L. Major, Esq.